# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Michael E. Foran**<br>    Debtor<br><br>**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust**<br>    Movant<br><br>v.<br><br>**Michael E. Foran**<br>    Debtor/Respondent<br><br>**WILLIAM C. MILLER, Esq.**<br>    Trustee/Respondent | **Bankruptcy No. 18-18139**<br><br>**Chapter 13**<br><br>**Hearing Date: March 10, 2020**<br>**Hearing Time: 9:30 AM**<br>**Location: Courtroom Number 1**<br>**Reading Division/Madison Building** |

## ORDER OF COURT

AND NOW, this  13th  day of  March , 2020, upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto, it is hereby

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code are **MODIFIED** with respect to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and it is further

**ORDERED**, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust its successors and/or

assignees are entitled to proceed with appropriate state court remedies against the property located at 4522 LOUISE SAINT DOYLESTOWN Pennsylvania 18902 CL including without limitation a sheriff's sale of the property, and it is further

**ORDERED** that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**