**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MICHAEL E FORAN

Chapter 13

Debtor

Bankruptcy No. 18-18139-ELF

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 14, 2021**

Honorable Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
ALLAN K MARSHALL ESQUIRE  
1819 JFK BLVD  
STE 400  
PHILA, PA 19103-

Debtor:  
MICHAEL E FORAN

4522 LOUISE ST. CLAIRE DR.

DOYLESTOWN, PA 18901